IN THE SUPREME COURT OF TEXAS

 No. 09-0522

 IN RE JOHN M. O'QUINN, P.C. D/B/A O'QUINN & LAMINACK; JOHN M. O'QUINN &
 ASSOCIATES, A TEXAS GENERAL PARTNERSHIP; JOHN M. O'QUINN & ASSOCIATES,
 L.L.P. D/B/A O'QUINN & LAMINACK; JOHN M. O'QUINN LAW FIRM, P.L.L.C.;
 O'QUINN & LAMINACK; AND JOHN M. O'QUINN

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency temporary relief, filed June 26,
2009, is granted. The order dated June 10, 2009, in Cause No. 12-08-00011-
CV, styled John M. O'Quinn, PC, d/b/a O'Quinn & Laminack, John M. O'Quinn &
Associates, a Texas General Partnership, John M. O'Quinn & Associates, LLP,
d/b/a O'Quinn & Laminack, John M. O'Quinn Law Firm, PLLC, O'Quinn &
Laminack and John M. O'Quinn v. Martha Wood and Patricia Haynes in the
Twelfth Court of Appeals, and the district court orders dated February 29,
2008 and June 22, 2009, in Cause No. 99-219, styled Martha Wood, et al. v.
John M. O'Quinn, P.C. d/b/a O'Quinn & Laminack, et al., in the 4th District
Court of Rusk County, Texas, are stayed pending further order of this
Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this August 21, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk